Order entered November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00266-CV

### LEANNE R. FITCH, Appellant

### V.

### CARL W. FITCH, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55137-06**

## ORDER

The Court has before it appellant's November 12, 2012 emergency motion for permission to proceed with child support modification action. We decline to opine about the merits of the motion based on speculation as to the nature of any action that might be filed in the trial court. Accordingly, we deny the motion for permission to proceed. *See Hudson v. Markum*, 931 S.W.2d 336 (Tex. App.—Dallas 1996, no pet.).

DAVID L. BRIDGES
JUSTICE